**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| EUNICE YOUMANS,<br><br>Plaintiff,<br><br>vs.<br><br>CHELAN-DOUGLAS LAND TRUST; "DOE(S) 1-100" employees of CHELAN-DOUGLAS LAND TRUST; and "CORPORTATION(S) XYZ 1-100,"<br><br>Defendants. | NO. 2:25-cv-00290-RLP<br><br>**CORPORATE DISCLOSURE STATEMENT** |

TO:     ALL PARTIES

Defendant Chelan-Douglas Land Trust, by its attorneys Simmons Sweeney Freimund Smith Tardif PLLC provides the following corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Chelan-Douglas Land Trust has no parent corporation and does not have any shareholders (no publicly held corporation owns a ten percent or greater interest in its stock).

Chelan-Douglas Land Trust is a nonprofit corporation that maintains its principal place of business in the state of Washington.

CORPORATE DISCLOSURE STATEMENT
NO. 2:25-cv-00290-RLP
Page 1

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

1  DATED this _30th_ day of October, 2025.

   SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC

   /s/ Jill Smith_____
   JILL SMITH, WSBA #30645
   1223 Commercial St.
   Bellingham, WA 98225
   (360) 752-2000
   jill@ssslawgroup.com
   Attorney for Defendant

**CORPORATE DISCLOSURE STATEMENT**
NO. 2:25-cv-00290-RLP
Page 2

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com

## PROOF OF SERVICE

I certify that on October 30, 2025, I electronically filed the foregoing with the Court through CM/ECF and served on all parties or their counsel of record a copy of this document addressed as follows:

**Plaintiff's Counsel**

| | |
|---|---|
| AKW Law, P.C.<br>Ada K. Wong, 45936<br>Rolf Gardner Toren, 58597<br>12055 15th Ave NE, Ste 200<br>Seattle, WA 98125<br>ADA@akw-law.com<br>rolf@akw-law.com<br>tara@akw-law.com | ☒ CM/ECF-Filing<br>☐ U.S. Mail Postage Prepaid<br>☐ Hand delivered by:<br>☐ E-Mailed |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 30th day of October, 2025 at __Rosharon__, TX.

/s/ Justine Nevins
Justine Nevins, Paralegal
1223 Commercial St.
Bellingham, WA 98225
(360) 752-2000
justine@ssslawgroup.com

CORPORATE DISCLOSURE STATEMENT
NO. 2:25-cv-00290-RLP
Page 3

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE                                      BELLINGHAM OFFICE
711 CAPITOL WAY S, STE 602                    1223 COMMERCIAL ST
OLYMPIA, WA 98501                                 BELLINGHAM, WA 98225
TEL: (360) 534-9960                                   TEL: (360) 752-2000
FAX: (360) 534-9959                                  FAX: (360) 656-5013
EMAIL: mail@ssslawgroup.com