THE HONORABLE REBECCA L. PENNELL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Eunice Youmans, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Chelan-Douglas Land Trust, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-00290-RLP<br><br>**JOINT STATUS REPORT** |

Plaintiff Eunice Youmans (hereinafter "Plaintiff") and Defendant Chelan-Douglas Land Trust hereby submit this Joint Status Report and Discovery Plan in accordance with the Court's Notice Setting Scheduling Hearing (ECF No. 7), Federal Rule of Civil Procedure 26(f), and Local Civil Rule 26(f).

1. <u>Whether the parties have notified the Clerk they consent to the case being heard by a full-time U.S. Magistrate Judge:</u>

JOINT STATUS REPORT AND DISCOVERY PLAN
(2:25-cv-00290-RLP)- 1

**AKW LAW**, P.C.
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

Plaintiff has notified the Clerk that Plaintiff does not consent to a full-time Magistrate Judge.

2. <u>Whether Jurisdiction and venue exist and if they do exist, the basis for each:</u>

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because it is a civil action arising under the Constitution, laws, or treaties of the United States. This Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367.

Venue is proper under 28 U.S.C. § 1391 because Defendant Chelan Douglas Land Trust conducts business in Chelan County, Washington, and a substantial part of the events or omissions giving rise to the claims occurred in Chelan County, Washington, which is within the district of the Eastern District of Washington.

3. <u>Status of Service:</u>

Defendant waived service and a waiver of service was filed [ECF No. 4].

4. <u>Description of Claims and Defenses:</u>

The parties agree that this is a non-complex dispute. This is a single-plaintiff case in which Plaintiff Eunice Youmans alleges that her former employer, Defendant Chelan-Douglas Land Trust discriminated and retaliated against her on

the basis of sex and protected activities in violation of the Washington Law Against Discrimination ("WLAD"), and Title VII of the Civil Rights Act of 1964 ("Title VII"). Plaintiff also asserts wrongful discharge in violation of public policy, negligent supervision and hiring and failure to train, intentional infliction of emotional distress, and negligent infliction of emotional distress.

Defendant denies the allegations.

5. <u>Whether a statute's constitutionality is being challenged, and whether the required notice has been provided:</u>

The parties do not intend to challenge a statute's constitutionality.

6. <u>Whether the matter may be pursued as a class action:</u>

No.

7. <u>Whether any issues should be certified to a state supreme court:</u>

No.

8. <u>Deadline for amending the pleadings:</u>

August 10, 2026.

9. <u>Deadline for adding additional parties:</u>

August 10, 2026.

JOINT STATUS REPORT AND DISCOVERY PLAN
(2:25-cv-00290-RLP)- 3

**AKW LAW**, P.C.
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

10. <u>Whether all non-governmental corporate parties have filed necessary ownership statement:</u>

Yes—Chelan-Douglas Land Trust filed a corporate disclosure on October 30, 2025.

11. <u>Whether the case involves a minor or incompetent party and whether the appointment of a guardian ad litem is necessary:</u>

No.

12. Discovery:

- <u>Initial disclosures:</u>

The discovery planning conference under Fed. R. Civ. P. 26(f) was held on October 31, 2025. The parties have exchanged or will exchange initial disclosures under Fed. R. Civ. P. 26(a)(1) by December 1, 2025.

- <u>Subjects, timing and potential phasing of discovery:</u>

The parties do not propose any changes to the subjects or timing of discovery. The parties will adhere to the proportionality standard set forth in Fed. R. Civ. P. 26(b)(1) with reasonably targeted, clear, and as specific as possible discovery requests. The parties further agree that phased discovery is unnecessary.

- Electronically stored information:

The parties do not anticipate any unique issues regarding electronically stored information, but if such issues arise, the parties have agreed to use the Model ESI Agreement.

- Privilege issues:

The parties anticipate that there may be privilege issues regarding trial preparation materials and the confidentiality of personnel, financial, employment, and healthcare records. The current rules and motion practice should adequately protect privilege and confidentiality issues.

- Proposed modifications on discovery:

The parties do not propose any modifications beyond those set forth by the Federal Rules of Civil Procedure and Local Civil Rules of this Court. If issues arise, the parties will attempt to resolve them cooperatively, and if necessary, will file the appropriate motions after meeting and conferring.

- Suggested expert disclosure deadlines:

July 21, 2026.

- Suggested discovery cut-off

October 19, 2026.

JOINT STATUS REPORT AND DISCOVERY PLAN
(2:25-cv-00290-RLP)- 5

**AKW LAW**, P.C.
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

- Fed. R. Evid. 502 agreement relating to inadvertent disclosures:

Addressed in the parties proposed stipulated protective order.

13. Proposed protective orders/confidentiality agreements:

At this time the parties seek agreement on the attached Stipulated protective order.

14. Anticipated motions and suggested dispositive motion filing deadline:

October 17, 2026.

15. Trial:

- Whether the Trial Will be Jury or Non-Jury:

Plaintiff requested a jury trial.

- Date Case Will Be Ready for Trial:

The parties believe that the case will be ready for trial on March 8, 2027, and suggest trial be located at Spokane.

- Number of Days Required for Trial:

At present, the parties believe that trial will last about 7-14 days; however, this may change depending on the information obtained through discovery.

- Whether the Case Should Be Bifurcated:

The parties agree that bifurcation is not warranted in this case.

JOINT STATUS REPORT AND DISCOVERY PLAN
(2:25-cv-00290-RLP)- 6

**AKW LAW**, P.C.
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

- <u>The need for special audio/visual courtroom technology:</u>

The parties are still determining this.

16. <u>Mediation:</u>

- <u>Suggested deadline for referral to the magistrate judge for mediation:</u>

The parties plan to engage in private mediation and do not find it necessary to engage in mediation before a magistrate.

- <u>Efforts the parties have already made towards settlement:</u>

The parties have a mediation scheduled for November 17, 2025.

- <u>Any barriers to productive mediation at this time:</u>

None.

**DATED** November 20, 2025.

**AKW LAW, P.C.**

*/s/ Ada Smoke*
Ada Smoke, WSBA #45936
Rolf Gardner Toren, WSBA #58597
Attorneys for Plaintiff
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel.: (206) 259-1259

1  Fax: (855) 925-9529
   E-mail: ada@akw-law.com
2  E-mail: rolf@akw-law.com

3
   **SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC**
4

5  */s/ Jill Smith*
   Jill Smith, WSBA #30645
6  Attorney for Defendant
7  1223 Commercial St.
   Bellingham, WA 98225
8  Tel.: (360) 752-2000
   Fax: (360) 656-5013
9  E-mail: jill@ssslawgroup.com

10

11

12

13

14

15

16

17

18

19

20

21

22

JOINT STATUS REPORT AND DISCOVERY PLAN
(2:25-cv-00290-RLP)- 8

**AKW LAW**, P.C.
10202 5th Ave NE, Suite 200
Seattle, WA 98125
Tel. (206) 259-1259 / Fax (855) 925-9529

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2025, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | | |
|---|---|---|
| Jill Smith<br>Simmons Sweeney Freimund Smith Tardif PLLC<br>1223 Commercial St.<br>Bellingham, WA 98225<br>Tel.: (360)752-2000<br>E-mail: jill@ssslawgroup.com<br>E-mail: justine@ssslawgroup.com<br>E-mail: catherine@ssslawgroup.com<br>*Attorney for Defendant* | ☐ | VIA FACSIMILE |
| | ☐ | VIA FIRST CLASS U.S. MAIL |
| | ☐ | VIA MESSENGER/HAND DELIVERY |
| | ☒ | **VIA E-MAIL/**E-FILE<br>*Per 11/20/2025 Stipulation Regarding Electronic Service* |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED: November 20, 2025, at Seattle, Washington.

*/s/ Tara L. Peterson*
Tara L. Peterson, Paralegal