# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EUNICE YOUMANS, an individual,<br><br>                              Plaintiff,<br>v.<br><br>CHELAN-DOUGLAS LAND TRUST, et al.,<br><br>                              Defendants. | Case No.   2:25-CV-0290-RLP<br><br>CIVIL MINUTES<br><br>DATE:   12/1/2025<br><br>LOCATION:   Video Conference<br><br>SCHEDULING CONFERENCE |

**JUDGE REBECCA L. PENNELL**

| Linda Hansen | LC 03 | | Not Reported |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Rolf Gardner Toren | | Jill Smith | |
| **Plaintiff's Counsel** | | **Defense Counsel** | |

**[ X ] Open Court**

All parties are present via video conference.

The Court has reviewed the parties' joint status report and will set trial on March 8, 2027.

The Court advised counsel of her practices regarding protective orders.

The Court advised that discovery disputes may be handled informally without motion practice. If a dispute arises, the parties can contact chambers and schedule a telephone conference. Each party will be permitted to submit a one-page summary of the dispute for the Court's consideration prior to the conference.

The Court advised the parties that the magistrate judges in the District are also available to assist with settlement conferences and the parties may request a referral from the Court.

The Court will enter a written order with additional dates and deadlines.

| CONVENED:  2:00 PM | ADJOURNED:  2:05 PM | TIME: 5 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|