JILL SMITH, WSBA NO. 30645
SSFST, PLLC
1223 Commercial St.
Bellingham, WA 98225
(360) 752-2000
*jill@ssslawgroup.com*
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| EUNICE YOUMANS, | NO. 2:25-cv-00290-RLP |
| Plaintiff, | |
| vs. | **DECLARATION OF HANNE BOSKET** |
| CHELAN-DOUGLAS LAND TRUST; "DOE(S) 1-100" employees of CHELAN-DOUGLAS LAND TRUST; and "CORPORTATION(S) XYZ 1-100," | |
| Defendants. | |

I, HANNE BOSKET, declare under penalty of perjury under the laws of the State of Washington, that the following is true and correct:

DECLARATION OF HANNE
BOSKET
NO. 2:25-cv-00290-RLP
Page 1

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE                              BELLINGHAM OFFICE
711 CAPITOL WAY S, STE 602                  1223 COMMERCIAL ST
OLYMPIA, WA 98501                           BELLINGHAM, WA 98225
TEL: (360) 534-9960                         TEL: (360) 752-2000
FAX: (360) 534-9959                         FAX: (360) 656-5013

1. I am over the age of 18 years old, a citizen of the state of Washington, and have personal knowledge of the events described herein. I am competent to testify.

2. I worked at the Chelan-Douglas Land Trust from 2013 to 2023 in various roles. During the tenure of Eunice Youmans as Executive Director, I reported directly to her as the Trails Program Manager, a member of the senior staff of the organization. I left my position at the Land Trust, but was re-hired by the organization as Executive Director in June 2025, and I have continued in that position to present.

3. I had experience working with Lavonne Dorsey and the slate of sub-coaches that were selected by each CDLT leader as their own coach. I also reviewed various communications between staff of the Land Trust and the third-party executive coaches who were contracted with by Eunice. Based on those two things—my experience and my document review, I believe that subpoenas to these coaches named in the request, including Joel Kampf, are likely relevant to the lawsuit that Eunice Youmans has brought against the Land Trust.

4. I do not recollect exact dates and certainly not exact conversations (unless they were captured in writing), but I recall that the senior staff, including myself, were directed/invited by Eunice sometime in late 2022 to participate in an Enneagram evaluation. That "personality test" results in a "type" which supposedly defines your traits, and how you work well with others. The senior staff then had a retreat facilitated by Lavonne Dorsey in late January or early February of 2023, and Enneagram results for each individual senior staff member and Eunice were reviewed. There was significant pushback from one senior staff member on his

DECLARATION OF HANNE
BOSKET
NO. 2:25-cv-00290-RLP
Page 2

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE                                    BELLINGHAM OFFICE
711 CAPITOL WAY S, STE 602                        1223 COMMERCIAL ST
OLYMPIA, WA 98501                                 BELLINGHAM, WA 98225
TEL: (360) 534-9960                               TEL: (360) 752-2000
FAX: (360) 534-9959                               FAX: (360) 656-5013

Enneagram 'type.' He did not think the test had correctly identified his type. Dorsey moved past this without resolution. This staff member was then terminated by Eunice soon after the retreat (perhaps a week or two later). I have now come to know that Eunice and the coach(es) corresponded about this colleague as "difficult."

5.    In March of 2023, Lavonne Dorsey and one of her contracted sub-coaches, Joel Kampf, conducted a staff training for all Land Trust staff. My email to senior staff from March 21, 2023 indicates that the training landed unsatisfactorily with many staff. The subsequent email thread between Eunice and the coaches stems from my original email between Eunice, Dorsey, and the other third party coaches. They are talking about things like my "motives." This email demonstrates a high level of communication and strategy between the coaches and Eunice, on how to implement Eunice's desired changes for the organization. It seems highly likely that there are other such emails between Eunice, Joel Kampf and the other coaches who subcontracted with Dorsey for Land Trust work during this time.

6.    In another email from Eunice to Lavonne, my name is mentioned in connection with two exit interviews from staff leaving the organization. I had expressed a desire to review these at a senior staff meeting. I remember my intent clearly with this request for review: I wanted to be sure that exit interviews from staff departing the organization were formally brought forward as part of the course of business, so that their input could be included in performance evaluations of their former supervisors (including me, and also in Eunice's eventual performance evaluation). I did not know, at the time, that by me making this request, Eunice would call my motives into question, with the coaching pyramid. Ultimately, I do not recall anyone considering these exit interviews seriously in a senior staff

DECLARATION OF HANNE BOSKET
NO. 2:25-cv-00290-RLP
Page 3

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE                        BELLINGHAM OFFICE
711 CAPITOL WAY S, STE 602            1223 COMMERCIAL ST
OLYMPIA, WA 98501                     BELLINGHAM, WA 98225
TEL: (360) 534-9960                   TEL: (360) 752-2000
FAX: (360) 534-9959                   FAX: (360) 656-5013

meeting, but they were kept in the organization's files and have since been incorporated into exhibits of this case.

7. During this chapter at CDLT, it was not optional to work with a coach. Eunice required us to select one from her pre-curated list of available coaches. Eunice required us to invite her to the opening session, and the last session, with our coach. Meanwhile, these coaches were reporting to Lavonne (Eunice's own coach), and were being paid by CDLT for work done with us individual leaders. I used my coaching sessions, in part, to discuss challenges of working under Eunice's leadership, and if my coach has any materials at all about those sessions, they would likely be highly relevant to what Eunice was like as an Executive Director.

DATED this _18th_ day of June, 2026, at _Wenatchee_ Washington.

_Hanne Bosket_
Hanne Bosket

**PROOF OF SERVICE**

I certify that on June 18, 2026, I electronically filed the foregoing with the Court through CM/ECF and served on all parties or their counsel of record a copy of this document addressed as follows:

DECLARATION OF HANNE
BOSKET
NO. 2:25-cv-00290-RLP
Page 4

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
OLYMPIA OFFICE                       BELLINGHAM OFFICE
711 CAPITOL WAY S, STE 602           1223 COMMERCIAL ST
OLYMPIA, WA 98501                    BELLINGHAM, WA 98225
TEL: (360) 534-9960                  TEL: (360) 752-2000
FAX: (360) 534-9959                  FAX: (360) 656-5013

**Plaintiff's Counsel**

AKW Law, P.C.
Ada K. Wong, 45936
Rolf Gardner Toren, 58597
10202 5th Ave NE, Ste 200
Seattle, WA 98125
ADA@akw-law.com
rolf@akw-law.com
tara@akw-law.com

⊠ CM/ECF-Filing

    I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

    DATED this 18th day of June, 2025 at Lynnwood, WA.


/s/ Catherine Berry
Catherine Berry, Paralegal

DECLARATION OF HANNE
BOSKET
NO. 2:25-cv-00290-RLP
Page 5

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC

OLYMPIA OFFICE
711 CAPITOL WAY S, STE 602
OLYMPIA, WA 98501
TEL: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL ST
BELLINGHAM, WA 98225
TEL: (360) 752-2000
FAX: (360) 656-5013