# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EUNICE YOUMANS, an individual, | **Case No.** 2:25-CV-0290-RLP |
| Plaintiff, | **CIVIL MINUTES** |
| v. | **DATE:** 7/6/2026 |
| CHELAN-DOUGLAS LAND TRUST; DOE(S) 1-100" employees of CHELAN-DOUGLAS LAND TRUST; and "CORPORATION(S) XYZ 1-100," | **LOCATION:** Video Conference |
| Defendants. | **MOTION HEARING** |

### JUDGE REBECCA L. PENNELL

| Linda Hansen | LC 03 | | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Rolf Toren | | Jill Smith | |
| **Plaintiff's Counsel** | | **Defense Counsel** | |

**[ X ] Open Court**

All parties are present via video conference.

The Court addressed the parties regarding appropriateness of objections on third party subpoenas.

Motion before the Court: Plaintiff's Motion to Quash and for Protective Order, ECF No. 35.

    Mr. Toren presented argument in support of the motion.
    Ms. Smith argued in opposition.
    Additional comments by Mr. Toren.

The Court gave her preliminary impressions, took the matter under advisement and will issue a written order.

| CONVENED: 10:00 AM | ADJOURNED: 10:20 AM | TIME: 20 MINS | [ X ] ORDER FORTHCOMING |
|---|---|---|---|