FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

EUNICE YOUMANS,

Plaintiff,

v.

CHELAN-DOUGLAS LAND TRUST; "DOE(S) 1-100," employees of CHELAN-DOUGLAS LAND TRUST; and "CORPORATION(S) XYZ 1-100,"

Defendants.

NO: 2:25-cv-00290-RLP

ORDER OF DISMISSAL WITH PREJUDICE

BEFORE THE COURT is a stipulated dismissal submitted by the parties. ECF No. 51. The parties agree to dismiss all claims with prejudice and without costs or attorney fees as to any party. The Court has reviewed the record and files herein and is fully informed.

**Accordingly, IT IS ORDERED:**

1. Pursuant to Rule 41(a) and the parties' stipulation, this action is **DISMISSED** with prejudice and without additional fees or costs.

2. All deadlines and hearings are **VACATED**.

The District Court Executive is directed to enter this Order, issue Judgment, furnish copies to counsel, and CLOSE the file.

**DATED** October 21, 2026.



REBECCA L. PENNELL
UNITED STATES DISTRICT JUDGE