FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2026

SEAN F. McAVOY, CLERK

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

EUNICE YOUMANS,

*Plaintiff*

v.

CHELAN-DOUGLAS LAND TRUST; "DOE(S) 1-100," employees of CHELAN-DOUGLAS LAND TRUST; and "CORPORATION(S) XYZ 1-100,"

*Defendant*

Civil Action No. 2:25-cv-00290-RLP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

✔ other: Pursuant to Rule 41(a) and the parties' stipulation, this action is DISMISSED with prejudice and without additional fees or costs.

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

✔ decided by Judge REBECCA L. PENNELL

Date: 10/21/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*